# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY<br><br>vs.<br><br>DIETMAR ACKERMAN and GENERAL INSURANCE COMPANY OF AMERICA | Civil Action No.: 2:20-CV-00599-JFC |

## STIPULATION TO CORRECT ERRORS IN COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between the parties that two typographical errors were discovered within Plaintiff's Declaratory Judgment Complaint and shall be corrected as follows:

In ¶ 22 of the Complaint, the beginning of the first sentence shall be amended to read "In or around June of 2019";

FURTHER, in ¶ 32, the date identified shall be amended to state "February 1, 2015".

**MARGOLIS EDELSTEIN**

By:_____
MICHAEL E. LANG, ESQUIRE
Attorney for Defendant General Insurance Company of America

By:_____
DIETMAR ACKERMANN
Defendant

**THE MAYERS FIRM, LLC**

By:_____
JOHN A. ANASTASIA, ESQUIRE
Attorney for Plaintiff