IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY, | |
| *Plaintiff,* | Civil Action No. 2:20-cv-599 |
| v. | Hon. William S. Stickman IV |
| DIETMAR ACKERMANN and GENERAL INSURANCE COMPANY OF AMERICA, LLC, | |
| *Defendants.* | |

## ORDER OF COURT

AND NOW, this 6th day of January 2021, having been notified that the underlying property damage lawsuit has been settled, the above-captioned matter is now moot. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE